IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2008 JAN 15 P 12: 03

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| IRENE HODGES, as Administrator of the Estate of SHERINA HODGES, deceased, <br><br> Plaintiff, <br><br> vs. <br><br> INSTITUTIONAL JOBBERS COMPANY d/b/a THE I J COMPANY and MARK ANTHONY FOGARTY, <br><br> Defendants. | CIVIL ACTION NUMBER: <br> 2:08 CV 35-WKW <br><br> **DEMAND FOR JURY TRIAL** |

## COMPLAINT

1. Plaintiff Irene Hodges, as administrator, brings this action by and through undersigned counsel, under the Alabama Wrongful Death Act, Ala. Code § 6-5-410, for damages for the wrongful death of her daughter, Sherina Hodges, on November 16, 2007, in Chilton County, Alabama.

## JURISDICTION

2. This Court has diversity of citizenship subject-matter jurisdiction of this action under 28 U.S.C. § 1332(a) because the plaintiff is a resident of Alabama and each of the defendants is incorporated and principally located in a state other than Alabama, and plaintiff claims damages in an amount greater than $75,000,

exclusive of interest and costs, thus satisfying the amount in controversy requirement.

## VENUE

3. Venue in this Court is proper in that the occurrences made the basis of this action occurred in Chilton County, Alabama, which is in the Northern Division of this judicial district.

## PARTIES

4. Irene Hodges, Administrator of the Estate of Sherina Hodges, is over the age of nineteen and is a resident citizen of Pike County, Alabama.

5. Defendant Institutional Jobbers Company d/b/a The I J Company is a Tennessee Corporation. At all times relevant to Plaintiff's claims Institutional Jobbers Company d/b/a The I J Company, was and is doing business in Alabama.

6. Defendant Mark Anthony Fogarty is a resident citizen of Washington County, Jonesborough, Tennessee, and is over the age of nineteen.

## FACTS

7. During the early morning hours on November 16, 2007, the Defendant Institutional Jobbers Company d/b/a The I J Company, by and through their agent, Defendant Mark Anthony Fogarty, was operating a tractor trailer truck headed south on Interstate 65 in the right hand lane at or near the 215.5 mile marker in Chilton County, Alabama.

8. The tractor trailer truck being operated by Defendants Institutional Jobbers Company d/b/a The I J Company and Mark Anthony Fogarty crashed into the rear of the 1996 Toyota Camry driven by Sherina Hodges, subsequently killing Sherina Hodges.

9. At all times relevant to Plaintiff's claims Defendant Mark Anthony Fogarty was the agent, servant and employee of, and acting within the scope of his employment with, the Defendant Institutional Jobbers Company d/b/a The I J Company.

## COUNT ONE
## WRONGFUL DEATH OF SHERINA HODGES

10. Plaintiff adopts and incorporates by reference the allegations in paragraphs 1-9 as though fully set forth herein.

11. Defendant Institutional Jobbers Company d/b/a The I J Company, by and through their agent Defendant Mark Anthony Fogarty, negligently operated the subject tractor trailer truck causing it to kill Plaintiff's Decedent, Sherina Hodges.

12. Defendant Institutional Jobbers Company d/b/a The I J Company had a duty to supervise the actions of their agent Defendant Mark Anthony Fogarty and to ensure that he was operating the subject tractor trailer truck at all times relevant to Plaintiff's claims in accordance with all applicable laws, standards, regulations and rules of any type and Institutional Jobbers Company d/b/a The I J Company negligently failed to discharge said duty.

3

13. Defendant Institutional Jobbers Company d/b/a The I J Company had a duty to evaluate and determine the physical, medical and psychological qualifications and conditions of the drivers of their commercial motor vehicles, including the Defendant Mark Anthony Fogarty, and Defendant Institutional Jobbers Company d/b/a The I J Company negligently failed to discharge said duty.

14. Defendant Institutional Jobbers Company d/b/a The I J Company had a duty to ensure that the drivers of its commercial motor vehicles, including the Defendant Mark Anthony Fogarty, had the knowledge and skills necessary to operate a commercial motor vehicle safely and Defendant Institutional Jobbers Company d/b/a The I J Company negligently failed to discharge said duty.

15. Defendant Institutional Jobbers Company d/b/a The I J Company knew or should have known of the unfitness of their agent or employee, Mark Anthony Fogarty, and yet continued to employ him, or used his services in disregard for the rights and safety of the motoring public while their vehicles were being operated on the public highways of the State of Alabama.

16. Defendant Institutional Jobbers Company d/b/a The I J Company had a duty to ensure that the subject tractor trailer truck was properly maintained and loaded and negligently failed to discharge said duty.

17. Defendant Mark Anthony Fogarty acted negligently in operating the tractor trailer truck in a manner that caused it to kill Plaintiff's Decedent, Sherina Hodges.

18. As a direct and proximate result of the negligence of the Defendants Institutional Jobbers Company d/b/a The I J Company and Mark Anthony Fogarty, Plaintiff's Decedent, Sherina Hodges, was killed.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendants Institutional Jobbers Company d/b/a The I J Company and Mark Anthony Fogarty, individually and/or jointly and severally for punitive damages in an amount sufficient to deter these Defendants and others similarly situated from engaging in similar negligent conduct for the purpose of preventing the injury or death of other Alabama residents under same or similar circumstances.

Respectfully Submitted,

/s/ Lanny S. Vines
Lanny S. Vines
ASB-8314-150I
Robert P. Bruner
ASB-7673-B50B

OF COUNSEL:
**LANNY VINES & ASSOCIATES, LLC**
2142 Highland Avenue South
Birmingham, Alabama 35205-4002
Tel:   205-933-1277
Fax:   205-933-1272

_/s/ Jim L. Debardelaben_
Jim L. Debardelaben
ASB- 4800 - A40J

**OF COUNSEL:**
Jim L. DeBardelaben, Esq.
1505 Madison Avenue
Montgomery, Alabama 36101-0152
Tel:  334-265-9206
Fax:  334-265-9299

## JURY DEMAND

Plaintiff demands a trial by struck jury on all matters properly triable thereby.

_/s/_
OF COUNSEL

## PLEASE SERVE DEFENDANTS BY CERTIFIED MAIL AT:

**Institutional Jobbers Company**
**d/b/a The I J Company**
**c/o Colman Hoffman, Registered Agent**
**626 Simmons Road**
**Knoxville, Tennessee  37932**

**Mark Anthony Fogarty**
**279 Westridge**
**Jonesborough, Tennessee  37659**

6

```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003356
Cashier ID: christin
Transaction Date: 01/15/2008
Payer Name: JIM DEBARDELABEN
------------------------------------
CIVIL FILING FEE
 For: JIM DEBARDELABEN
 Case/Party: D-ALM-2-08-CV-000035-001
 Amount:         $350.00
------------------------------------
CHECK
 Remitter: JIM L DEBARDELABEN
 Check/Money Order Num: 13936
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

HODGES V INSTITUTIONAL JOBBERS
```