| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Shanda Queener* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Shanda Queener    C. Date of Delivery |
| 1. Article Addressed to:<br>08CV35 STC<br>Institutional Jobbers Company<br>d/b/a The IJ Company<br>c/o Colman Hoffman, Registered Agent<br>626 Simmons Road<br>Knoxville, TN 37932 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0003 7317 6534 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540