IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IRENE HODGES, et. al., )
)
Plaintiff, )
)
v. )
) CASE NO. 2:08-cv-00035-WKW
INSTITUTIONAL JOBBERS COMPANY, et. al., )
)
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW IRENE HODGES , a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____           _____

_____           _____

_____           _____


1-25-08
Date

(Signature)

Lanny S. Vines
(Counsel's Name)

Irene Hodges, Plaintiff
Counsel for (print names of all parties)
2142 Highland Avenue South
Birmingham, AL 35205
Address, City, State Zip Code
(205) 933-1277
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ NORTHERN _____ DIVISION

## CERTIFICATE OF SERVICE

I, ___Lanny S. Vines_____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by __United States Mail_____(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this __25th___ day of __January_____ 20_08_ to:

Institutional Jobbers Co., d/b/a The I.J. Company

c/o Colman Hoffman, Registered Agent

626 Simmons Road, Knoxville, TN  37932

Mark Anthony Fogarty

279 Westridge, Jonesborough, TN  37659

___1-25-08_____                          _____
Date                                              Signature