IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IRENE HODGES, as Administrator of    )
the Estate of SHERINA HODGES,        )
deceased,                            )
                                     )
                Plaintiff,           )
                                     )    Civil Action No.:  2:08-CV-35-WKW
v.                                   )
                                     )
INSTITUTIONAL JOBBERS                )
COMPANY d/b/a THE I J COMPANY        )
and MARK ANTHONY FOGARTY,            )
                                     )
                Defendants.          )

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Standing Order 00-3047 of the Middle District of Alabama and Fed. R. Civ. P. 7.1, Defendant, Institutional Jobbers Company submits this, its Corporate Disclosure Statement.

Institutional Jobbers Company hereby states that its parent company is Keller Group, and that it has no partially-owned subsidiaries or affiliates that have issued shares to the public.

Submitted this the 7th day of February, 2008.

/s/ Julie C. Metheny
David B. Hall
Julie C. Metheny
Attorneys for Defendants

OF COUNSEL:
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 North 20th St., Ste. 1600
Birmingham, AL  35203
(205)328-0480 Telephone
(205)322-8007 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing, to the following counsel of record:

Lanny S. Vines
Robert P. Bruner
LANNY VINES & ASSOCIATES, LLC
2142 Highland Ave. S.
Birmingham, AL  35205-4002

Jim L. DeBardelaben
1505 Madison Ave.
Montgomery, AL  36101-0152

/s/  Julie C. Methey
OF COUNSEL