AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA NORTHERN DIVISION__

IRENE HODGES, as Administrator
of the Estate if SHERINA HODGES, deceased

V.

INSTITUTIONAL JOBBERS COMPANY d/b/a
THE IJ COMPANY and
MARK ANTHONY FOGARTY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08cv35-WKW

TO: (Name and address of Defendant)

Mark Anthony Fogarty
279 Westridge
Jonesborough, TN 37659

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lanny S. Vines, Lanny Vines and Associates, LLC. 2142 Highland
Avenue South, Birmingham, Alabama 35205 (205) 933-1277

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 1-16-08

OFFICE OF CLE...
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. BOX 711
MONTGOMERY, AL 36101-0711

7003 3110 0003 7318 2528



ED WE STAND

144
1270  $07.59  PB8517606
2848           JAN 11 08
               36107

RECEIVED
2008 FEB -8 A 9:19

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA



UNCLAIMED

Mark Anthony Fogarty
279 Westridge
Jonesborough, Tennessee 37659

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to: 08CV35 S*C<br>Mark Anthony<br>Fogarty<br>279 Westridge<br>Jonesborough TN<br>37659 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0003 7318 2528 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |

Name
1st Notice 1-17-08
2nd Notice 1-3-1
Return 2-03-08