AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA NORTHERN DIVISION__

IRENE HODGES, as Administrator of the Estate of SHERINA HODGES, deceased

V.

INSTITUTIONAL JOBBERS COMPANY d/b/a THE IJ COMPANY and MARK A. FOGARTY

**ALIAS
SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:08CV35-WKW

TO: (Name and address of Defendant)

Mark Anthony Fogarty
279 Westridge
Jonesborough, TN 37659

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lanny S. Vines, Lanny Vines & Associates, LLC, 2142 Highland Avenue South, Birmingham, Alabama 35205 (205)933-1277

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK
(By) DEPUTY CLERK

DATE  2/21/2008

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[(1)]   DATE 2-28-08 at 6:49 PM

NAME OF SERVER (PRINT): CHRIS MILLS   TITLE: PRIVATE PROCESS SERVER

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: TINA J. FOGARTY

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-28-08
          Date

Signature of Server: Chris A. Mills

Address of Server: 1828 CASON TRAIL, M'BORO, TN 37128

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.