# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| IRENE HODGES, as Administrator of the Estate of SHERINA HODGES, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>INSTITUTIONAL JOBBERS COMPANY d/b/a THE I J COMPANY and MARK ANTHONY FOGARTY,<br><br>Defendants. | CIVIL ACTION NUMBER:<br>2:08 CV-0035-WKW |

## REPORT OF PARTIES' PLANNING MEETING

1.  Pursuant to Fed. R. Civ. P. 26(f), a conference was held on March 10, 2008 and was attended by:

ROBERT P. BRUNER
Lanny Vines & Associates, LLC
2142 Highland Avenue Souty
Birmingham, Alabama 35205
*Attorney for Plaintiff*

DAVID B. HALL
JULIE C. METHENY
Baker, Donelson, Bearman,
 Caldwell & Berkowitz, P.C.
420 North 20th St., Suite 1600
Birmingham, Alabama 35203
*Attorneys for the Defendants*

2.  Pre-Discovery Disclosures. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by **March 24, 2008**.

3.  Discovery Plan. The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects: plaintiff's claims against defendants and defendant's defenses.

All discovery commenced in time to be completed by **December 3, 2008**.

Maximum of 45 interrogatories by each party to any other party [Responses due 30 days after service.]

Maximum of 15 depositions by plaintiff(s) and 15 by defendant(s) (excluding depositions of experts, which are not included in this limitation).

Each deposition limited to maximum of 8 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

    From Plaintiff(s) by **September 4, 2008**. Plaintiff's experts to be deposed on or before **October 6, 2008**.

    From Defendant(s) by **October 27, 2008**. Defendant's experts to be deposed on or before **November 26, 2008**.

Supplementations under Rule 26(e) due within **30 days** of learning of the need to supplement but in no event later than **30 days** prior to the end of discovery.

4.    The parties do not request a scheduling conference with the Court before entry of the scheduling order.

5.    The parties request a pretrial conference in **December, 2008**.

6.    Parties should be allowed until **September 1, 2008**, to join additional parties and to amend the pleadings, or to **September 15, 2008**, to file any responsive pleading.

7.    All potentially dispositive motions should be filed by **December 8, 2008**.

8.    Settlement cannot be evaluated prior to some initial discovery.

9.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

    From plaintiff(s):    **45 days before trial;**
    From defendant(s):   **45 days before trial.**

10.   Parties should have **14 days** after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

11.  The case should be ready for trial by **January 15, 2008**, which at this time is expected to take approximately **one week.**

Date: March 21, 2008.

*/s/ Lanny S. Vines*
LANNY S. VINES
ROBERT P. BRUNER
Lanny Vines & Associates, LLC
2142 Highland Avenue South
Birmingham, Alabama 35205
*Attorneys for Plaintiff*

*/s/ David B. Hall*
DAVID B. HALL
JULIE C. METHENY
Baker, Donelson, Bearman,
 Caldwell & Berkowitz, P.C.
420 North 20th St., Suite 1600
Birmingham, Alabama 35203
*Attorneys for the Defendants*