IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

IRENE HODGES, as Administrator of    )
the Estate of SHERINA HODGES,        )
deceased,                            )
                                     )
        Plaintiff,                 )
                                     )  Civil Action No.:  2:08-CV-35-WKW
v.                                   )
                                     )
INSTITUTIONAL JOBBERS                )
COMPANY d/b/a THE I J COMPANY        )
and MARK ANTHONY FOGARTY,            )
                                     )
        Defendant.                 )

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW Mark Fogarty, a Defendant in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    Mark Fogarty is an individual.

                    /s/  David B. Hall
                    David B. Hall
                    Julie C. Metheny

**OF COUNSEL:**
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 N. 20th St., Ste. 1600
Birmingham, AL  35203
(205)328-0480 Telephone
(205)322-8007 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2008, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing, to the following counsel of record:

Lanny S. Vines
Robert P. Bruner
LANNEY VINES & ASSOCIATES, LLC
2142 Highland Ave. S.
Birmingham, AL  35205-4002

Jim L. DeBardelaben
1505 Madison Ave.
Montgomery, AL  36101-0152

/s/  David B. Hall
OF COUNSEL

B KDH 777896 v1
2832098-000052 3/24/2008