IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IRENE HODGES, as Administrator of the Estate of SHERINA HODGES, deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INSTITUTIONAL JOBBERS COMPANY d/b/a THE I J COMPANY and MARK ANTHONY FOGARTY,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.:  2:08-CV-35-WKW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF OBJECTION TO SCHEDULING ORDER

COME NOW Defendants Institutional Jobbers Company and Mark Anthony Fogarty (collectively "Defendants"), and notify this Court of their objections to the Scheduling Order entered on March 25, 2008.  Defendants respectfully request this Court to modify its Scheduling Order as set forth below:

　　1.　The report of parties' planning meeting inadvertently left out a limit on the number of requests for production.  Defendants discovered this error after the scheduling order was entered.

　　2.　Defendants request that this Court limit the number of requests for production to forty-five (45).  This corresponds to the number of interrogatories that both parties agreed to.

1

                Respectfully Submitted,

                /s/ Julie C. Metheny
                David B. Hall
                Julie C. Metheny

**OF COUNSEL:**
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 N. 20th St., Ste. 1600
Birmingham, AL  35203
(205)328-0480 Telephone
(205)322-8007 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2008, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing, to the following counsel of record:

Lanny S. Vines
Robert P. Bruner
LANNEY VINES & ASSOCIATES, LLC
2142 Highland Ave. S.
Birmingham, AL  35205-4002

Jim L. DeBardelaben
1505 Madison Ave.
Montgomery, AL  36101-0152

                /s/ Julie C. Metheny
                OF COUNSEL