IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IRENE HODGES, as administrator of the Estate of SHERINA HODGES, deceased, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 2:08-cv-035-WKW<br>)<br>) |
| INSTITUTIONAL JOBBERS COMPANY d/b/a THE I J COMPANY, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## **ORDER**

This case is before the court on defendants' Notice of Objection to Scheduling Order (Doc. # 20). In the Objection, the defendants claim that the parties inadvertently omitted a limit on the number of requests for production in their Rule 26(f) report and asks the court to impose a limit of 45 requests. However, it appears that the parties never agreed to impose a limit on the number of requests for production. It is ORDERED that the Objection (Doc. # 20) is OVERRULED because the parties did not reach an agreement about a limit on the number of requests.

Done this 17th day of April, 2008.

                                            /s/ W. Keith Watkins
                                           UNITED STATES DISTRICT JUDGE