IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IRENE HODGES, as Administrator of the Estate of SHERINA HODGES, deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INSTITUTIONAL JOBBERS COMPANY d/b/a THE I J COMPANY and MARK ANTHONY FOGARTY,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.:  2:08-CV-35-WKW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The undersigned hereby gives notice of her appearance as additional counsel of record for Defendants Institutional Jobbers Company and Mark Anthony Fogarty in the above-captioned matter.

　　　　　　　　　　　　　　　　　　/s/ Sara M. Turner
　　　　　　　　　　　　　　　　　　Sara M. Turner
　　　　　　　　　　　　　　　　　　David B. Hall

**OF COUNSEL:**
BAKER, DONELSON, BEARMAN,
　CALDWELL & BERKOWITZ, P.C.
420 N. 20th St., Ste. 1600
Birmingham, AL  35203
(205)328-0480 Telephone
(205)322-8007 Facsimile

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 9, 2008, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing, to the following counsel of record:

Lanny S. Vines  
Robert P. Bruner  
LANNEY VINES & ASSOCIATES, LLC  
2142 Highland Ave. S.  
Birmingham, AL  35205-4002  

Jim L. DeBardelaben  
1505 Madison Ave.  
Montgomery, AL  36101-0152  

                                                /s/  Sara M. Turner  
                                                OF COUNSEL

B KDH 792750 v1  
2832098-000052 7/9/2008