IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IRENE HODGES, as Administrator of the Estate of SHERINA HODGES, deceased, <br><br> Plaintiff, <br><br> v. <br><br> INSTITUTIONAL JOBBERS COMPANY d/b/a THE I J COMPANY and MARK ANTHONY FOGARTY, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No.: 2:08-CV-35-WKW |

## MOTION TO WITHDRAW AS COUNSEL

Julie C. Metheny, one of the attorneys of record for Institutional Jobbers Company and Mark Anthony Fogarty hereby moves the Court for entry of an order permitting her to withdraw as counsel of record for Defendants. David B. Hall of Baker, Donelson, Bearman, Caldwell, & Berkowitz, P.C. will continue to serve Defendants as counsel of record. There will be no prejudice to any party if this motion is granted.

WHEREFORE, the undersigned counsel prays that this Court will enter an order allowing her to withdraw as counsel of record for Defendants Institutional Jobbers Company and Mark Anthony Forgarty.

/s/ Julie C. Metheny
Julie C. Metheny

B KDH 792747 v1
2832098-000052 7/9/2008

**OF COUNSEL:**
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
420 N. 20th St., Ste. 1600
Birmingham, AL  35203
(205)328-0480 Telephone
(205)322-8007 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing, to the following counsel of record:

Lanny S. Vines
Robert P. Bruner
LANNEY VINES & ASSOCIATES, LLC
2142 Highland Ave. S.
Birmingham, AL  35205-4002

Jim L. DeBardelaben
1505 Madison Ave.
Montgomery, AL  36101-0152

/s/  Julie C. Metheny
OF COUNSEL
