IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IRENE HODGES, as Administrator of the Estate of Sherina Hodges, deceased, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | )    CASE NO. 2:08-cv-35-WKW ) |
| INSTITUTIONAL JOBBERS COMPANY d/b/a THE I J COMPANY, and MARK ANTHONY FOGARTY, | ) ) ) ) |
| Defendants. | ) |

## ORDER

Upon consideration of the Motion to Withdraw as Counsel (Doc. # 26) filed by Julie C. Metheny as counsel for defendants Institutional Jobbers Company and Mark Anthony Fogarty, it is ORDERED that the motion is GRANTED. David B. Hall of Baker, Donelson, Bearman, Caldwell & Berkowitz, P. C. will continue to represent defendants as counsel of record in this matter.

DONE this 11th day of July, 2008.

                       /s/   W.  Keith Watkins
                       UNITED STATES DISTRICT JUDGE