IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IRENE HODGES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-CV-35-WKW |
| | ) | |
| INSTITUTIONAL JOBBERS | ) | |
| COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Having taken them under consideration, each of the following motions is granted or denied:

1. It is ORDERED that Defendants' Motion *in Limine* to Exclude 911 Tape Recordings (Doc. # 74) is GRANTED. Plaintiff shall approach the court outside the hearing of the jury before attempting to use such evidence.

2. It is ORDERED that Defendants' Motion *in Limine* to Exclude Reference to the Relative Wealth of the Parties or the Financial Condition of the Defendants (Doc. # 75) is GRANTED. The court reserves ruling on evidence of the size and nature of Institutional Jobbers' operation, in the event it is offered and objected to.

3. It is ORDERED that Defendants' Motion *in Limine* to Exclude Reference to Any Evidence of Settlement Discussions (Doc. # 78) is GRANTED, and such restriction shall apply to both parties.

4. It is ORDERED that Defendants' Motion *in Limine* to Exclude Insurance Information (Doc. # 80) is GRANTED. Plaintiff shall approach the court outside the hearing of the jury before attempting to use such evidence.

5. It is ORDERED that Defendants' Motion to Bifurcate (Doc. # 85) is DENIED. Bifurcation would result in inefficiency, a waste of judicial resources, inconvenience to the court, and additional expenses to the parties in striking two juries and presenting witnesses twice. Moreover, it appears that it is possible for Plaintiff to prevail on a negligent entrustment claim without the jury concluding that the entrusted driver acted negligently. If required, a limiting instruction would cure any undue prejudice to Defendant Fogarty.

Should the subject matter of these motions become relevant at or prior to trial, the court will revisit its rulings upon a party's motion.

DONE this 16th day of July, 2009.

                                      /s/ W. Keith Watkins
                                 UNITED STATES DISTRICT JUDGE