IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IRENE HODGES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-CV-35-WKW |
| | ) |
| INSTITUTIONAL JOBBERS COMPANY, | ) |
| *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On February 18, 2009, the trial of this case was continued generally. (Doc. # 117.) A continuance was necessary for several reasons, including the anticipated two-week length of the trial and the complexity of the pending motions *in limine*. On August 8, 2009, the court held a telephonic status conference with counsel. During that conference, counsel indicated that the estimated time for trial is now expected to be half of that originally anticipated, and that many of the pending motions *in limine* are no longer in contention. In light of the representations made during the August 8 telephonic conference, it is ORDERED as follows:

(1) The jury selection for this case is set for **December 7, 2009**, at 10:00 a.m., in courtroom 2-E, Frank M. Johnson, Jr. U.S. Courthouse, One Church Street, Montgomery, Alabama. The trial for this case, which is to last one week, will be during the civil term beginning December 7, 2009.

(2) A status conference is set on **November 13, 2009**, in Montgomery, Alabama.

(3) The motions *in limine* (Docs. # 73, 76, 77, 79, 81, 82, 83, 87, 88, 89, 92, 93, 94, 97, 103, 105) are DENIED without prejudice, with leave to refile if appropriate, on or before **November 10, 2009**. The parties are DIRECTED to conduct a good faith, face-to-face conference on or before **October 26, 2009**, to assess jointly which motions *in limine* are no longer in contention and to attempt to resolve the issues presented in the motions *in limine* without the need for court intervention.

(4) Plaintiff's Withdrawal of Her Expert Dennis Wylie (Doc. # 133), construed as a motion, is GRANTED.

(5) The parties shall update their witness lists, deposition designations, and exhibit lists, if necessary (*see* Uniform Scheduling Order §§ 9, 10, 11 (Doc. # 16)), on or before **October 30, 2009**. The deadlines for filing responsive and rebuttal deposition designations (Uniform Scheduling Order § 10) are EXTENDED to **November 6, 2009**, and **November 12, 2009**, respectively, and the objections deadlines set out in sections 10 and 11 of the Uniform Scheduling Order are ADJUSTED to conform with the new trial setting.

(6) The deadline for filing voir dire questions, proposed jury instructions and proposed verdict forms with legal citations thereon is on or before **November 23, 2009**.

(7) The parties are not required to file trial briefs, but if they choose to do so, the briefs shall be filed on or before **November 30, 2009**.

(8)     The parties shall jointly prepare and submit to chambers on or before **November 30, 2009**, two copies of a three-ringed binder of pre-marked exhibits.  The binder shall contain joint exhibits (*i.e.*, those exhibits that are relevant, not subject to objections, and certain to be introduced at trial); Plaintiff's exhibits not included in the joint exhibits; and Defendants' exhibits not included in the joint exhibits.  On the same date, the parties shall jointly prepare and submit to chambers three copies of the exhibit list, which shall delineate all objections and responses to objections.  The parties shall direct questions about this procedure to the law clerk assigned to the case.

(9)     The parties shall review and comply with the Middle District of Alabama's Order on the E-Government Act.

(10)    All deadlines not otherwise affected by this order will remain as set forth in the Uniform Scheduling Order (Doc. # 16) entered on March 25, 2008.

DONE this 8th day of September, 2009.

                                                        /s/   W.  Keith Watkins
                                               UNITED STATES DISTRICT JUDGE